STATE, BENJAMIN F. DAVIS, PLAINTIFF IN ERROR, v. TOWNSHIP OF DELAWARE, DEFENDANT IN ERROR.

In error to Supreme Court.    For opinion of Supreme Court, see 13 *Vroom* 513.

For the plaintiff in error, *J. E. Troth* and *T. H. Dudley*.

For the defendant in error, *P. S. Scovel*.

PER CURIAM.    The judgment is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, KNAPP, MAGIE, PARKER, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, KIRK, PATERSON, WHITAKER. 13.

*For reversal*—None.